# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2070
LT Case No. 2020-CA-04991

———————————————————

RHONDA SCOFIELD and
SANDRA BURTON,

   Petitioners,

   v.

SCOTT GABRIEL,

   Respondent.

———————————————————


Petition for Writ of Prohibition.
Curt Jacobus, Respondent Judge.

Mark D. Tinker, of Cole, Scott & Kissane, P.A., Tampa, for Petitioner.

Grant R. Gillenwater, of Morgan & Morgan, P.A., Melbourne, and Brian J. Lee, of Morgan & Morgan, P.A., Jacksonville, for Respondents.


August 22, 2023


PER CURIAM.

   The Court denies the petition for writ of prohibition on the merits.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____